# UNITED STATES COURT OF APPEAL
# FOR THE SECOND CIRCUT

```
------------------------------------------------------------ X
SIKHS FOR JUSTICE INC (SFJ), et al.,          :
                                              :
                    Appellants                :
         - against -                          :
                                              :
Ms. Sonia Gandhi,                             :    CIVIL APPEAL
                                              :
a citizen of India,   President               :
Indian National Congress      ,               :
a/k/a, "CONGRESS (I)"                         :
                    Appellee                  :    Case No. 14-2601
------------------------------------------------------------ X
```

## APPELLANT'S MOTION FOR
## EXTENSION OF TIME TO FILE THE OPENING BRIEF
## &
## MOTION TO ACCEPT THE LATE FILED MOTION

The undersigned counsel respectfully moves this court to grant thirty (30) days extension of time to file the Appellant's brief and appendix in this case. Appellant's brief is currently due on October 28, 2014.

This extension will set the date for the petitioner's brief on or about November 28, 2014.

The grounds and reasons for the instant request are set forth in the attached

1

declaration of the counsel which is based on the circumstances that warrant the grant of the instant motion.

The counsel for the appellee Mr. Ravi Batra was contacted regarding the request for extension who stated that he has no position on the instant motion.

Dated: October 23, 2014                               /s/ Gurpatwant Singh Pannun
                                                    Gurpatwant Singh Pannun
                                                    Attorney for the Appellants
                                                    Pannun The Firm, PC
                                                    7520 Astoria Blvd, Suite # 170
                                                    Jackosn Heights, NY 11367
                                                    T: 718-672-8000  F:718-672-4729
                                                    gurpatwant.pannun@pannunfirm.com

## COUNSEL'S DECLARATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE THE BRIEF
_____

I, Gurpatwant Singh Pannun, state and declare as under:

1. That I am the attorney for record representing the Appellants in the above referenced case.

2. That as per the briefing schedule, the Appellant's brief and appendix is due on October 28, 2014.

3. That due to the medical situation in the counsel's family, the counsel is unable to finish and file the brief by the due date.

4. That the grounds for the instant request for extension is that undersigned counsel has a medical situation with an immediate family member in Canada due to which he will have immediately travel to Canada today, making it impossible to meet the briefing deadline of October 28. (Copy of the counsel's air ticket for trip to Canada purchased today is attached)

5. The extension will set the deadline for Appellant's brief as November 28, 2014.

Dated: October 23, 2014                                   /s/ Gurpatwant Singh Pannun
                                                      Gurpatwant Singh Pannun
                                                      Attorney for the Appellants
                                                      Pannun The Firm, PC
                                                      7520 Astoria Blvd, Suite # 170
                                                      Jackosn Heights, NY 11367
                                                      T: 718-672-8000  F:718-672-4729
                                                      gurpatwant.pannun@pannunfirm.com

3

Case No:    14-2601

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing "motion for extension of time to file the brief" with the Court of Appeals for the Second Circuit using the Appellate CM/ECF.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system on the following:

Ravi Batra, Esquire
Attorney for the Appellee

Dated: October 23, 2014                    /s/ Gurpatwant Singh Pannun
                                             Gurpatwant Singh Pannun