# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of November, two thousand and fourteen.

Before:      Ralph K. Winter,
                *Circuit Judge*.

_____

| | |
|---|---|
| Sikhs For Justice Inc., on behalf of deceased and injured members of the Sikh community, Jasbir Singh, individually and on behalf of deceased family members, Mohinder Singh, individually and on behalf of his deceased father Sardar Darsharn Singh,     Plaintiffs-Appellants, | **ORDER** <br> Docket No. 14-2601 |
| v. | |
| Sonia Gandhi, a national and citizen of India, President Indian National Congress a/k/a, "Congress (I)",     Defendant-Appellee. | |

_____

Appellants move for an extension of time, until November 28, 2014, to file a brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED. However, the appeal is dismissed effective November 28, 2014 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See <u>RLI Ins. Co. v. JDJ Marine Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                           For the Court:

                                           Catherine O'Hagan Wolfe,
                                           Clerk of Court