# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of December, two thousand and fourteen.

Before:      Ralph K. Winter,
                  *Circuit Judge*.

_____

Sikhs For Justice Inc., on behalf of deceased and injured members of the Sikh community, Jasbir Singh, individually and on behalf of deceased family members, Mohinder Singh, individually and on behalf of his deceased father Sardar Darsharn Singh,

    Plaintiffs-Appellants,

    v.

Sonia Gandhi, a national and citizen of India, President Indian National Congress a/k/a, "Congress (I)",

    Defendant-Appellee.

**ORDER**
Docket No. 14-2601

_____

    Appellee moves for an extension of time to file a response brief.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellee's response brief shall be due on January 9, 2015, and any reply brief shall be filed by January 23, 2015.

                                          For the Court:
                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

